UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MCCLENNY MOSELEY & ASSOCIATES, PLLC | CIVIL ACTION |
| VERSUS | NO. 22-4732 |
| M&T BANK CORPORATION | SECTION M (2) |

## ORDER

The Court takes judicial notice that plaintiff McClenny Moseley & Associates, PLLC ("MMA") filed for chapter 11 bankruptcy on April 9, 2024, in the United States Bankruptcy Court for the Southern District of Texas.[1]  Accordingly,

IT IS ORDERED that the attached Suggestion of Bankruptcy filed in Civil Action No. 22-4694, in a different section of this court, shall be made part of the record of the captioned matter.

IT IS FURTHER ORDERED that the Clerk's Office administratively close this matter, which was previously stayed.[2]  Either party may seek to reopen the case upon written motion, when appropriate.

New Orleans, Louisiana, this 8th day of August, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] Bankruptcy Case No. 24-31596.
[2] R. Doc. 5.